BEFORE THE FIRST DIVISION, APRIL 23, 1945

**No. 50136.**—Protest 73278–K of Jacob H. Brodsky & Son, Inc. (Philadelphia).

Opinion by COLE, J. From the record as now presented it was held that the clean content of the imported wool on skins was in fact 5,724 pounds, not 8,368 pounds, as estimated by the appraiser and upon which the collector's assessment was based. The protest was therefore sustained to this extent.

BEFORE THE SECOND DIVISION, APRIL 23, 1945

**No. 50137.**—Protests 62823–K, etc., of J. J. Edel et al. (New York).

Opinion by TILSON, J. It was stipulated that certain items of the merchandise are similar in all material respects to the merchandise the classification of which was involved in Abstract 38647, which record was admitted in evidence herein. In accordance therewith the items of merchandise in question were held properly dutiable at 45 cents per pound and 45 percent ad valorem under paragraph 1308 as modified by T. D. 48316.